# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

CLARENCE DWIGHT HINES, )
)
    Petitioner, )
)
vs. )   Case No. CIV-11-0424-F
)
DAVID MILLER, et al., )
)
    Respondents. )

## ORDER

Petitioner, a state prisoner, has filed a petition for habeas relief. (Doc. no. 1.) On July 15, 2011, Magistrate Judge Bana Roberts filed a Report and Recommendation, recommending that this action be dismissed as moot based on notice, filed by the Respondent, advising and documenting that petitioner died on July 4, 2011. (Report, doc. no. 21.) The Report further advised that any objection to the Report must be filed by July 25, 2011. No objection has been filed. After review, the court **ADOPTS**, **ACCEPTS** and **AFFIRMS** the Report and Recommendation of the Magistrate Judge. This action is **DISMISSED** as moot.

Dated this 2nd day of August, 2011.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-0424p001.wpd